UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-60193-Graham-Torres**

CIRCUIT COURT CASE NO.  08-35185 (09)

LAWRENCE E. MYERS, JR., and
MARY Y. MYERS,

       Plaintiffs,

vs.

CITY OF PLANTATION, a Florida
municipal corporation; NATASHA
KING, individually, and in her official
capacity as a police officer for the City of
Plantation, EDWARD RYAN, individually,
and in his official capacity as a police
officer for the City of Plantation, and
WILLIAM HAMILTON, individually,
and in his official capacity as a police
officer for the City of Plantation,

       Defendants.

_____/

FILED by *VT* D.C.
ELECTRONIC

**Feb. 6, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF REMOVAL

     Defendant, CITY OF PLANTATION, by and through its undersigned attorneys, and pursuant

to 28 U.S.C. §1446, removes this action from the 17th Judicial Circuit in and for Broward County,

State of Florida, and as grounds therefor states:

     1.     Plaintiff has sued Defendant for alleged violations of his federal constitutional rights

(4th and 14th Amendment claims) through 42 U.S.C. §1983.

     2.     Defendant, CITY OF PLANTATION, was served on January 23, 2009.  Defendants,

NATASHA KING, individually, and in her official capacity as a police officer for the City of

Plantation, EDWARD RYAN, individually, and in his official capacity as a police officer for the City of Plantation, and WILLIAM HAMILTON, individually, and in his official capacity as a police officer for the City of Plantation, are represented by Oscar E. Marrero, Esq. Mr. Marrero authorizes the undersigned counsel for the CITY to represent that the individual defendants join in this removal.

3.      Pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), this Court has original jurisdiction over this action, as this action presents a "federal question" and seeks to redress the alleged deprivation of the Plaintiff's civil rights.

4.      Pursuant to 28 U.S.C. §1441(a) and (b) and §1443, this action is removable to this Court.

5.      A copy of the Complaint is attached hereto and made a part hereof as <u>Exhibit "A"</u> in accordance with 28 U.S.C. §1446(a).

### SERVICE LIST

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this _____6_____ day of February, 2009,  to **all counsel on the attached service list.**

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
Attorneys for CITY OF PLANTATION
2455 East Sunrise Boulevard, 10th Floor
Fort Lauderdale, Florida 33304
(954) 463-0100 - Telephone
(954) 463-2444 - Facsimile


By:_____
      E. BRUCE JOHNSON
      FLA. BAR NO. 262137
      SCOTT D. ALEXANDER
      FLA. BAR NO. 057207

## SERVICE LIST

**Richard J. DeSanto, Esq.**
Attorney for Plaintiffs
Coastal Tower, Suite 211
2400 East Commercial Boulevard
Fort Lauderdale, Florida 33308

**Oscar E. Marrero, Esq.**
Law Law Offices of Oscar E. Marrero
Attorney for Officers
Douglas Centre, PH-4
2600 Douglas Road
Coral Gables, Florida  33134

---

**E. Bruce Johnson, Esq.**
**Scott D. Alexander, Esq.**
Attorneys for City of Plantation
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100
Fax: 954-463-2444

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY FLORIDA

LAWRENCE E. MYERS, JR. and
MARY Y. MYERS,

     Plaintiffs,

v.

CITY OF PLANTATION, a Florida
municipal corporation;
NATASHA KING, individually, and
in her official capacity as a police officer
for the City of Plantation;
EDWARD RYAN, individually, and in
his officially capacity as a police officer
for the City of Plantation; and
WILLIAM HAMILTON, individually, and in
his official capacity as a police officer
for the City of Plantation,

     Defendants.

_____/

CASE NO:

JUDGE:

FBN:     254371



08-35185

SERVED
1-23-09  10:55 Am
R-SALS #1

Printed Name & Number

Is A Sheriff Appointed Process Server In Good Standing
In Broward Co.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

**TO/PARA/A:**  **WILLIAM HAMILTON**
       **City of Plantation Police Department**
       **451 NW 70th Terrace**
       **Plantation, FL 33317**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at: 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301.

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.

If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: Law Office of Richard J. DeSanto, Esquire, Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301.

Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.

Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:  Law Office of Richard J. DeSanto, Esquire, Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308.

**IMPORTANT**

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.

Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation:  Law Office of Richard J. DeSanto, Esquire, Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308.

---

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

    **You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named person.**

    **WITNESS my hand and the Seal of said Court.**                    **JAN  3 1 2008**

                                        **HOWARD C. FORMAN**
                                        **As Clerk of said Court**

                                        KAREN WALKER-JOHNSON
                                        A TRUE COPY
                            **By:** _____
                                        CIRCUIT CIVIL
                                 **As Deputy Clerk**

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY FLORIDA

LAWRENCE E. MYERS, JR. and
MARY Y. MYERS,

     Plaintiffs,

v.

CITY OF PLANTATION, a Florida
municipal corporation;
NATASHA KING, individually, and
in her official capacity as a police officer
for the City of Plantation;
EDWARD RYAN, individually, and in
his officially capacity as a police officer
for the City of Plantation; and
WILLIAM HAMILTON, individually, and in
his official capacity as a police officer
for the City of Plantation,

     Defendants.

_____/

CASE NO:

JUDGE:

FBN:    254371



08-35185

SERVED
Date 1-23-09 Time 11:00 AM
R SAIS #(
Printed Name & Number

In A Sheriff Appointed Process Server In Good Standing
In Broward Cty.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

**TO/PARA/A:  EDWARD RYAN**
          **City of Plantation Police Department**
          **451 NW 70th Terrace**
          **Plantation, FL 33317**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at: 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301.

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.

If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: Law Office of Richard J. DeSanto, Esquire, Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301.

Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.

Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:  Law Office of Richard J. DeSanto, Esquire, Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308.

**IMPORTANT**

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.

Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation:  Law Office of Richard J. DeSanto, Esquire, Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308.

---

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

        **You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named person.**

JUN 3 1 2008

        **WITNESS my hand and the Seal of said Court.**

                                **HOWARD C. FORMAN**
                                **As Clerk of said Court**

                        By:_____WALKER JOHNSON_____
                                **As Deputy Clerk** COPY
                                A TRUE
                                CIRCUIT CIVIL

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY FLORIDA

LAWRENCE E. MYERS, JR. and
MARY Y. MYERS,

CASE NO:

JUDGE: 08-35185 

        Plaintiffs,

FBN:     254371

v.

CITY OF PLANTATION, a Florida
municipal corporation;
NATASHA KING, individually, and
in her official capacity as a police officer
for the City of Plantation;
EDWARD RYAN, individually, and in
his officially capacity as a police officer
for the City of Plantation; and
WILLIAM HAMILTON, individually, and in
his official capacity as a police officer
for the City of Plantation,



SERVED
Date: 1-24-09   Time: 11:45 AM
R. SAIS #1
Printed Name & Number
Is A Sheriff Appointed Process Server In Good Standing
In Broward Co.

        Defendants.
_____/

### SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
### ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
### CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

**TO/PARA/A:  NATASHA KING**
**City of Plantation Police Department**
**451 NW 70th Terrace**
**Plantation, FL  33317**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at: 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301.

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.

If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: Law Office of Richard J. DeSanto, Esquire, Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301.

Una llamada telefonica no lo protegera.   Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.

Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparecencia a:  Law Office of Richard J. DeSanto, Esquire, Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308.

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.

Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation:  Law Office of Richard J. DeSanto, Esquire, Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308.

---

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

        **You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named person.**

        **WITNESS my hand and the Seal of said Court.**        JAN 31 2009

                                        **HOWARD C. FORMAN**
                                        **As Clerk of said Court**

                        By:_____ KAREN WALKER-JOHNSON
                                A TRUE COPY
                                **As Deputy Clerk** CIRCUIT CIVIL



IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY FLORIDA

LAWRENCE E. MYERS, JR. and
MARY Y. MYERS,

     Plaintiffs,

v.

CITY OF PLANTATION, a Florida
municipal corporation;
NATASHA KING, individually, and
in her official capacity as a police officer
for the City of Plantation;
EDWARD RYAN, individually, and in
his officially capacity as a police officer
for the City of Plantation; and
WILLIAM HAMILTON, individually, and in
his official capacity as a police officer
for the City of Plantation,

     Defendants.

_____/

CASE NO:

JUDGE:

FBN:    254371

**'08-35185**

SERVED

Date 1-22-09 Time 11:50 Am

R-SAIS #1

Printed Name & Number

Nan Bowen

Is A Sheriff Appointed Process Server In Good Standing
In Broward Co.

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular Sheriffs of said State:

    **YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS** and a copy of the
Complaint in this action on Defendant:

    **CITY OF PLANTATION, a Florida municipal corporation**

by service upon:

**Mayor Rae Carole Armstrong
City of Plantation, Office of the Mayor
400 NW 73 Avenue
Plantation, Florida 33317**

or, by service upon the president, chair or other head thereof, and, in his or her absence, on
the vice president, vice mayor, or vice chair, or in the absence of all of the above, on any
member of the governing board, council or commission, pursuant to §48.111, Fla. Stat.

Each Defendant is required to serve written defenses to the Complaint on **RICHARD J. DeSANTO, ESQUIRE**, Plaintiffs' attorney, whose address is Coastal Tower - Suite 211, 2400 East Commercial Boulevard, Fort Lauderdale, FL 33308, Florida Bar No. 254371, Telephone (954) 776-1110; within *twenty (20) days* after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court at 201 SE 6th Street, Room 230, Fort Lauderdale, FL 33301, either before service upon Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**WITNESS** my hand and Seal of said Court.

FILED JUL 31 2008

**HOWARD C. FORMAN**
As Clerk of Said Court

KAREN WALKER-JOHNSON
A TRUE COPY
By:_____   CIRCUIT CIVIL
As Deputy Clerk

2

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY FLORIDA

LAWRENCE E. MYERS, JR. and
MARY Y. MYERS,

CASE NO:

JUDGE:

Plaintiffs,

**08-35185**

FBN:      254371

v.

CITY OF PLANTATION, a Florida
municipal corporation;
NATASHA KING, individually, and
in her official capacity as a police officer
for the City of Plantation;
EDWARD RYAN, individually, and in
his officially capacity as a police officer
for the City of Plantation; and
WILLIAM HAMILTON, individually, and in
his official capacity as a police officer
for the City of Plantation,



A TRUE COPY

JUL 31 2008

HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY FL

Defendants.

_____/

### COMPLAINT

COME NOW, the Plaintiffs, LAWRENCE E. MYERS, JR., and MARY Y. MYERS,

pursuant to Title 42 U.S.C. §§1983, 1988 and Title 28 U.S.C. §§1331, 1343(3)(4), sue

Defendants, CITY OF PLANTATION, a Florida municipal corporation; NATASHA KING,

individually, and in her capacity as a police officer for the City of Plantation; EDWARD

RYAN, individually, and in his capacity as a police officer for the City of Plantation; and

WILLIAM HAMILTON, individually, and in his capacity as a police officer for the City of

Plantation, and allege as follows:

### JURISDICTION

1.      Plaintiffs bring this action to redress violations by the Defendants of the

Plaintiffs' constitutional rights under the Constitution and laws of the United States and the

State of Florida.

2.    This is an action brought pursuant to 42 U.S.C. §1983, which provides:

'Every person who, under color of any statute, ordinance, regulation custom or usage, of any State or Territory or the District of Colombia, subjects or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to that party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purpose of this section, any act of Congress applicable exclusively to the District of Colombia shall be considered to be a statute of the District of Colombia.'

3.    This is an action for compensatory damages brought pursuant to 42 U.S.C. §§1983 and 1988 as a result of Defendants' acting under color of statute, regulation, custom or usage, to redress deprivation of Plaintiffs' rights, privileges and immunities secured by the First, Fourth, and Fourteenth Amendments to the U.S. Constitution.

4.    Although jurisdiction is conferred by Article III, §1 of the U.S. Constitution, and 28 U.S.C. §§1331 and 1343(3) & (4) on federal district courts in suits to redress the deprivation of rights, privileges and immunities as stated in paragraph 2 above, Plaintiffs hereby invoke the (formerly) pendant jurisdiction, (now) ancillary jurisdiction, of this Court, pursuant to the Supremacy Clause, Article III, §1, of the U.S. Constitution, pursuant to the U.S. Supreme Court decision in *Howlett v. Rose*, 496 U.S. 356 (1990), which holds Florida state courts are obligated to assume (formerly) pendant jurisdiction, (now) ancillary jurisdiction, over §1983 actions against local government entities such as Defendant, City of Plantation.

5.    Venue for this action is proper in Broward County, Florida, and this judicial

2

circuit, pursuant to 28 U.S.C. §1391, as all operative facts events relating to this action occurred in Broward County, Florida.

## PARTIES

6.     At all times material, Plaintiff, LAWRENCE E. MYERS, JR., and Plaintiff, MARY Y. MYERS, are and have been residents of Broward County, Florida.

7.     At all times material, Defendant, NATASHA KING (hereinafter referred to as Officer King), Defendant, EDWARD RYAN (hereinafter referred to as Officer Ryan), and Defendant, WILLIAM HAMILTON (hereinafter referred to as Officer Hamilton), were employed by Defendant, CITY OF PLANTATION, as sworn police officers, were acting in the course and scope of their subject employment; and upon information and belief, were each residents of Broward County, Florida.

8.     At all times material, Defendant, CITY OF PLANTATION, was and is a Florida municipal corporation, authorized to do business and doing business in Broward County, Florida.

9.     At all times material, Defendant, Officer King, Defendant, Officer Ryan, and Defendant, Officer Hamilton, while in the course and scope of their employment by Defendant, CITY OF PLANTATION, were acting under color of state law, customs and usage, within the purview of 42 U.S.C. §1983.

10.     At all times material, Defendant, CITY OF PLANTATION, employed a Chief of Police and supervisory Police personnel who were responsible for the training, supervision, and approval of the conduct of Defendant Officer King, Defendant, Officer Ryan and Defendant, Officer Hamilton as described herein.

11.     At all times material, Defendant, Officer King, Defendant, Officer Ryan and

3

Defendant, Officer Hamilton, while in the course and scope of their employment as sworn police officers by Defendant, CITY OF PLANTATION, engaged in the following conduct:

    A.      unlawfully arrested Plaintiff, LAWRENCE E. MYERS, JR., without probable cause;

    B.      unlawfully engaged in use of excessive force against Plaintiff, LAWRENCE E. MYERS, JR.;

    C.      unlawfully searched Plaintiff, LAWRENCE E. MYERS, JR., without probable cause;

    D.      unlawfully searched, without probable cause, of Plaintiff, LAWRENCE E. MYERS, JR.'s motor vehicle;

    E.      unlawful detained Plaintiff, MARY Y. MYERS;

    F.      unlawfully arrested Plaintiff, MARY Y. MYERS, without probable cause;

    G.      unlawfully engaged in use of excessive force against Plaintiff, MARY Y. MYERS.

12.    As a direct and proximate result of the subject conduct of Defendant, Officer King, Defendant, Officer Ryan and Defendant, Officer Hamilton, while in the course and scope of their employment as sworn police officers by Defendant, CITY OF PLANTATION:

    A.      Plaintiff, LAWRENCE E. MYERS, JR., was deprived of his rights, privileges and immunities secured by the Fourth and Fourteenth Amendments to the U.S. Constitution;

    B.      Plaintiff, LAWRENCE E. MYERS, JR., was deprived of his right to be free from illegal searches and seizure of his person;

4

C.      Plaintiff, LAWRENCE E. MYERS, JR., was deprived of his right to be free from illegal searches and seizure of his vehicle;

D.      Plaintiff, LAWRENCE E. MYERS, JR. was deprived of his right of privacy;

E.      Plaintiff, LAWRENCE E. MYERS, JR. was deprived of his right to be free from unlawful arrest;

F.      Plaintiff, LAWRENCE E. MYERS, JR., was deprived of his right to substantive and procedural due process of law;

G.      Plaintiff, LAWRENCE E. MYERS, JR., was deprived of his right to be free from arbitrary police action;

H.      Plaintiff, LAWRENCE E. MYERS, JR., was deprived of his right to be free from , illegal police action;

I.      Plaintiff, LAWRENCE E. MYERS, JR., was deprived of his right to be free from police excessive use of force;

J.      Plaintiff, MARY Y. MYERS, was deprived of her rights, privileges and immunities secured by the Fourth and Fourteenth Amendments to the U.S. Constitution;

K.      Plaintiff, MARY Y. MYERS, was deprived of her right to be free from illegal searches and seizure of her person;

L.      Plaintiff, MARY Y. MYERS, was deprived of her right of privacy;

O.      Plaintiff, MARY Y. MYERS, was deprived of her right to be free from unlawful arrest;

M.      Plaintiff, MARY Y. MYERS, was deprived of her right to substantive

5

and procedural due process of law;

      N.    Plaintiff, MARY Y. MYERS, was deprived of her right to be free from arbitrary police action;

      O.    Plaintiff, MARY Y. MYERS, was deprived of her right to be free from illegal police action;

      P.    Plaintiff, MARY Y. MYERS, was deprived of her right to be free from police excessive use of force.

## OPERATIVE FACTUAL ALLEGATIONS

      13.    As documented in the police reports of Defendant, CITY OF PLANTATION, the events giving rise to this lawsuit occurred on Friday, August 6, 2004, beginning at approximately 5:08 p.m.  Plaintiff, LAWRENCE E. MYERS, JR., driving his motor vehicle, exited the parking lot located in the 8100 block of West Sunrise Boulevard, drove east on West Sunrise Boulevard, turned left at North University Drive, and pulled into the service station located at the northeast corner of North University Drive and its intersection with West Sunrise Boulevard.  Plaintiff, LAWRENCE E. MYERS, JR., then placed a call on the public pay phone and began speaking with his wife who was at their home.  Unbenownst to Plaintiff, LAWRENCE E. MYERS, JR., Defendant Officer King, had walked up behind Plaintiff, LAWRENCE E. MYERS, JR. As Plaintiff, LAWRENCE E. MYERS, JR., continued to speak to his wife, he suddenly heard a loud voice commanding him to step away from the public pay phone.  Plaintiff, LAWRENCE E. MYERS, JR., turned and first observed Defendant Officer King repeatedly commanding him to step away from the pay phone. When Plaintiff, LAWRENCE E. MYERS, JR., asked Defendant, Officer King why she was commanding him to step away from the pay phone, Defendant, Officer King replied that she

6

conducting a traffic stop concerning a traffic infraction. According to Defendant, Officer King, Plaintiff, LAWRENCE E. MYERS, JR., allegedly refused to comply with her, "loud verbal repetitive commands."

14.   As further documented in the police reports of Defendant, CITY OF PLANTATION, Defendant, Officer King, continued her "loud verbal repetitive commands," to Plaintiff, LAWRENCE E. MYERS, JR., Defendant, Officer Ryan, arrived at the subject location as a back-up police officer. Defendant, Officer King, then instructed Plaintiff, LAWRENCE E. MYERS, JR., to return to his vehicle, which he had parked at one of the service station gas pumps. Plaintiff, LAWRENCE E. MYERS, JR., reluctantly complied with the command of Defendant, Officer King, ordering him to return to his vehicle.

15.   As further documented in the police reports of Defendant, CITY OF PLANTATION, when asked by Defendant, Officer King, to produce his driver's license, Plaintiff, LAWRENCE E. MYERS, JR., responded that he did not have it. As this occurred, Defendant, Officer Ryan, accompanied by police trainee, Ximena Hommel, arrived at the subject location.

16.   As further documented in the police reports of Defendant, CITY OF PLANTATION, Plaintiff, LAWRENCE E. MYERS, JR., was then informed by Defendant, Officer Ryan, that he was going to be placed under arrest. Plaintiff, LAWRENCE E. MYERS, JR., responded, "for what, I didn't do nothing."

17.   As further documented in the police reports of Defendant, CITY OF PLANTATION, according to Defendant, Officer King, Plaintiff, LAWRENCE E. MYERS, JR., continued to ignore and not comply with her "loud verbal commands," to produce his driver's license. At that time, Defendant, Officer Ryan, deployed his X26 Taser, which had

7

been issued to him by Defendant, CITY OF PLANTATION, causing discharge of FIFTY THOUSAND (50,000) volts of electricity into the body of Plaintiff, LAWRENCE E. MYERS, JR., who was then handcuffed and taken into custody by Defendant, Officer King.

18.     As further documented in the police reports of Defendant, CITY OF PLANTATION, after the electrification by taser of Plaintiff, LAWRENCE E. MYERS, JR., CSA Lahiff, a civilian ride-along having no Police authority, was instructed by Defendant, Officer King, to search Plaintiff, LAWRENCE E. MYERS, JR.'s motor vehicle, prior to Police-ordered towing and Police impoundment, in accordance with Defendant, CITY OF PLANTATION, Police Department policy.  During this purported inventory search, CSA Lahiff located Plaintiff, LAWRENCE E. MYERS JR.'s valid Florida driver's license in the glove compartment in the dashboard of his motor vehicle.

19.     At no time prior to the taser electrification of Plaintiff, LAWRENCE E. MYERS, JR., had he committed any arrestable offense pursuant to Florida law to justify the level of force utilized against him.

20.     As further documented in the police reports of Defendant, CITY OF PLANTATION, after being electrified by taser and handcuffed, Plaintiff, LAWRENCE E. MYERS, JR., was then placed in the marked Police patrol unit of Plantation Police Officers Roth and Diaz (trainee) for transport to the Plantation Police Department.  Upon arrival at the Plantation of Police Department, Plaintiff, LAWRENCE E. MYERS, JR., was placed in a holding cell.  Plaintiff, LAWRENCE E. MYERS, JR., then complained of chest pain.

21.     Plaintiff, LAWRENCE E. MYERS, JR., was transported from the Plantation Police Department holding cell to Westside Regional Hospital for evaluation. After medical clearance, Defendant, Officer King then transported Plaintiff, LAWRENCE E. MYERS, JR.

to the Broward County Jail for booking, per Defendant, Officer King, on a purported criminal charge of "Resisting Without Violence F.S. 843.02."

22.    At all times material, Defendant, Officer Ryan was acting as a back-up officer to Defendant, Office King, who was conducting a stop for a simple, non-criminal civil traffic infraction, within the purview of §318.13(3), Fla. Stat. (1999), to wit: violation of traffic control device/improper turn. No criminal offense had been committed in the presence of Defendant, Officer Ryan, or at any time material, to justify the level of force utilized by him against Plaintiff, LAWRENCE E. MYERS, JR.

23.    As further documented in the police reports of Defendant, CITY OF PLANTATION, as Plaintiff, LAWRENCE E. MYERS, JR., was being arrested, Plaintiff, MARY Y. MYERS, arrived at the subject location in an effort to determine what was happening to her husband. As Plaintiff, MARY Y. MYERS, so inquired, she was ordered by Defendant, Officer Ryan, by "loud verbal commands to stay back or she would be arrested." When Plaintiff, MARY Y. MYERS, again inquired as to what was happening to her husband, Defendant, Officer Ryan, and Defendant, Officer Hamilton, then moved toward Plaintiff, MARY Y. MYERS, in an effort to place her under arrest. At this time, Plaintiff, MARY Y. MYERS, turned and began walking away from them.

24.    As further documented in the police reports of Defendant, CITY OF PLANTATION, as Plaintiff, MARY Y. MYERS, walked away from Defendant, Officer Ryan and Defendant, Officer Hamilton, Defendant, Officer Hamilton, deployed his X26 Taser which had been issued to him by Defendant, CITY OF PLANTATION, into Plaintiff, MARY Y. MYERS's back, causing discharge of FIFTY THOUSAND (50,000) volts of electricity into the body of Plaintiff, MARY Y. MYERS.

25.     As further documented in the police reports of Defendant, CITY OF PLANTATION, upon being struck by the taser prongs, Plaintiff, MARY Y. MYERS, fell to the pavement. Although two taser prongs were then lodged in Plaintiff, MARY Y. MYERS's back, while writhing on the ground in pain, she managed to pull one of the taser prongs out of her back, and began attempting to crawl underneath a parked vehicle. Defendant, Officer Hamilton, then informed Defendant, Officer Ryan, that his (Officer Hamilton's) taser was "no longer effective," at which time Defendant, Officer Ryan, then deployed his X26 Taser which had been issued to him by Defendant, CITY OF PLANTATION, into Plaintiff, M's back, causing a second discharge of FIFTY THOUSAND (50,000) volts of electricity into the body of Plaintiff, MARY Y. MYERS.  Plaintiff, MARY Y. MYERS was then handcuffed and taken into custody by Defendant, Officer Hamilton.

26.     At no time prior to the taser electrification of Plaintiff, MARY Y. MYERS, had she committed any arrestable offense pursuant to Florida law to justify the level of force utilized against her by Defendant, Officer Hamilton, and Defendant, Officer Ryan.

27.     As further documented in the police reports of Defendant, CITY OF PLANTATION, after being electrified by taser and handcuffed, Plaintiff, MARY Y. MYERS, was then placed in a marked Plantation Police Department patrol unit for transport to the Broward County Jail for booking, per Defendant, Officer Ryan, on a purported criminal charge of "Resisting Without Violence F.S. 843.02."

28.     As a direct and proximate result of the subject unlawful conduct of Defendant, Officer King, Defendant, Officer Ryan and Defendant, Officer Hamilton, in the course and scope of their employment by Defendant, CITY OF PLANTATION, as sworn Police officers, which conduct was committed under color of state law, customs and usage, within the

10

purview of 42 U.S.C. §1983, Plaintiff, LAWRENCE E. MYERS, JR., and Plaintiff, MARY Y. MYERS, suffered grievous bodily harm, suffered physical injury, suffered emotional distress, incurred medical expenses, suffered embarrassment and humiliation, and were deprived of their rights to be secure in their person against unreasonable seizure in violation of the Fourth and Fourteenth Amendments of the U.S. Constitution.

**WHEREFORE,** Plaintiff, LAWRENCE E. MYERS, JR., and Plaintiff, MARY Y. MYERS, demand judgment against Defendant, CITY OF PLANTATION, a Florida municipal corporation, and against Defendant, Officer King, individually, and in her capacity as an employee/police officer for Defendant, City of Plantation, and against, Defendant, Officer Ryan, individually, and in his capacity as an employee/police officer for Defendant, City of Plantation, and against, Defendant, Officer Hamilton, individually, and in his capacity as an employee/police officer for Defendant, City of Plantation, for compensatory damages in excess of Fifteen Thousand ($15,000.00) Dollars, pursuant to 42 U.S.C. §1983; attorneys' fees and costs, pursuant to 42 U.S.C. §1983, §1988; and for such other relief as the Court shall determine just and proper. Plaintiff, LAWRENCE E. MYERS, JR., and Plaintiff, MARY Y. MYERS, demand trial by jury as to all issues triable by jury as a matter of right.

Dated: July 31, 2008.

RICHARD J. DeSANTO

—————————————————————

RICHARD J. DeSANTO, ESQUIRE
Attorney for Plaintiffs
Coastal Tower - Suite 211
2400 East Commercial Boulevard
Fort Lauderdale, FL  33308
(954) 776-1110

11

JS 44(Rev 12/96)

# CIVIL COVER SHEET

The JS - 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

## 1.(a) PLAINTIFFS

LAWRENCE E. MYERS, JR., and MARY Y. MYERS,

## DEFENDANTS

CITY OF PLANTATION a Florida municipal corporation; NATASHA KING, individually, and in her official capacity as a police officer for the City of Plantation, EDWARD RYAN, individually, and in his official capacity as a police officer for the City of Plantation, and WILLIAM HAMILTON, individually, and in his official capacity as a police officer for the City of Plantation

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: BROWARD

(c) ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)
Richard J. DeSanto, Esq., Coastal Tower, Suite 211, 2400 East Commercial Blvd., Fort Lauderdale, FL 33308; 954-776-1110

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT;  BROWARD

ATTORNEYS (IF KNOWN)
E. Bruce Johnson and Scott D. Alexander, Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Attorneys for City of Plantation, 2455 E. Sunrise Blvd., Fort Lauderdale, FL 3304; (954) 463-0100

Oscar E. Marrero, Esq., Law Offices of Oscar E. Marrero, Attorney for Officers, Douglas Centre, PH-4, 2600 Douglas Road, Coral Gables, FL 33134; (305) 446-5528

(d) CIRCLE COUNTY WHERE ACTION AROSE:  DADE,  MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1 U S Government Plaintiff

☐ 2 U S Government Defendant

☐ 3 Federal Question (US Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

0:09CV 60193-Graham
Torres

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **Personal Injury** | **Personal Injury** | B☐ 610 Agriculture | ☐ 422 Appeal 28USC 158 | ☐ 400 State Reappointments |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Seizure of Prop. 21USC881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks, Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | | B☐ 630 Liquor Laws | | B☐ 450 Comm, ICC |
| ☐ 150 Recovery of Overpayment & Enforce Judgment | Slander | ☐ 368 Asbestos | B☐ 640 R R & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | Personal | | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 RICO |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 330 Federal Employees Lia Liability | Injury Product | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of | ☐ 340 Marine | **Personal Property** | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/ Commodities/Exchange |
| Veterans Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholder Suit | | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA 1395 | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property | | ☐ 862 Black Lung (923) | ☐ 892 Econ Stab Act |
| ☐ 195 Cont Prod Liability | ☐ 355 Motor Vehicle Product Liability | | ☐ 720 Labor Mgmt Relations | ☐ 863 DIWC/DIWW/405g | ☐ 893 Environ mental Matters |
| **A REAL PROPERTY** | ☐ 360 Other Personal Injury | ☐ 385 Prop Damage Product Liability | ☐ 730 Labor/ Mgmt Reporting & Disclosure Act | ☐ 864 SSD Title XVI | ☐ 894 Energy Alloc Act |
| ☐ 210 Land Condemn | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI(405g) | ☐ 895 Freedom on Info Act |
| B ☐ 220 Foreclosure | ☐ 441 Voting | B ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Deter- mination Under Equal Access to Justice |
| ☐ 230 Rent and Lease Ejectment | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | A☐ 870 Taxes(US Plaintiff of Defendant | ☐ 950 Constitutionality State Statute |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **HABEAS CORPUS:** | A ☐ 791 Empl Ret Inc Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Prod Liability | ☐ 444 Welfare | B ☐ 530 General | | | A OR B |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | B ☐ 535 Death Penalty | | | |
| | Mandamus&Other | B ☐ 540 | | | |
| | | B ☐ 550 Civil Rights | | | |
| | | B ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

LENGTH OF TRIAL:  _3_  days estimated (for both sides to try entire case) - violation of U.S. Constitution, Amendment IV through 42 USC 1983

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND greater than $15,000

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) (See instructions)  IF ANY

JUDGE: 

DOCKET NUMBER: 

DATE
February 5, 2009

SIGNATURE OF ATTORNEY OF RECORD

E. Bruce Johnson  –  FBN 262137
Scott D. Alexander  –  FBN 057207

FOR OFFICE USE ONLY RECEIPT NO.: _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____

645415

23 of 23